## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** McCaffrey, Alice M

Printed: 10/7/08

Case Number: 05 B 04308
Judge: Hollis, Pamela S
Filed: 2/9/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: August 25, 2008
Confirmed: March 28, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 10,600.65 |  |
| Secured: |  | 8,277.55 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,800.00 |
| Trustee Fee: |  | 523.10 |
| Other Funds: |  | 0.00 |
| Totals: | 10,600.65 | 10,600.65 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,800.00 | 1,800.00 |
| 2. | Road Loans.Com | Secured | 10,451.02 | 8,277.55 |
| 3. | Internal Revenue Service | Priority | 655.44 | 0.00 |
| 4. | Check Now | Unsecured | 24.84 | 0.00 |
| 5. | Americash Loans, LLC | Unsecured | 32.72 | 0.00 |
| 6. | Nationwide Acceptance Corp | Unsecured | 84.48 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 1.17 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 65.82 | 0.00 |
| 9. | Surety Finance | Unsecured | 20.00 | 0.00 |
| 10. | Road Loans.Com | Unsecured | 416.47 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 95.94 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 45.66 | 0.00 |
| 13. | Advance Til Payday | Unsecured |  | No Claim Filed |
| 14. | First National Bank Of Marin | Unsecured |  | No Claim Filed |
| 15. | Cash Advance | Unsecured |  | No Claim Filed |
| 16. | Fast Cash Advance | Unsecured |  | No Claim Filed |
| 17. | National Quick Cash | Unsecured |  | No Claim Filed |
| 18. | Preferred Cash Loans | Unsecured |  | No Claim Filed |
| 19. | Sonic Payday | Unsecured |  | No Claim Filed |
| 20. | Xpress Cash | Unsecured |  | No Claim Filed |
| 21. | Illinois Title Loans | Unsecured |  | No Claim Filed |
| 22. | US Fast Cash | Unsecured |  | No Claim Filed |
| 23. | United Cash Loans | Unsecured |  | No Claim Filed |
|  |  |  | $ 13,693.56 | $ 10,077.55 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  McCaffrey, Alice M

Printed:  10/7/08

Case Number:  05 B 04308

Judge:  Hollis, Pamela S

Filed:  2/9/05

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 44.20 |
| 3% | 26.39 |
| 5.5% | 152.60 |
| 5% | 40.60 |
| 4.8% | 98.07 |
| 5.4% | 161.24 |
| | _____ |
| | $ 523.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

